UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS          'S OFFICE

UNITED STATES OF AMERICA          )          2004 MAY -3  A  9: 48
                                  )
          v.                      )
                                  )          U.S. DISTRICT COURT
ANDRES MARTINEZ                   )  Criminal No. M-04-1685-CBS
a/k/a Castro Casimiro             )          DISTRICT OF MASS.
a/k/a Joel Zequeira               )
a/k/a Sacaida, et. al.            )
                                  )
          Defendants.             )

MOTION TO UNSEAL COMPLAINT (2/26/04), SUPPORTING SA JEAN DROUIN
AFFIDAVIT (2/26/04), AND SUPPORTING AFFIDAVIT OF SA JEAN DROUIN
(5/1/04) FOR ELEVEN SEARCH WARRANTS

     Now comes the United States of America (the "government"),
and hereby moves this Honorable Court to unseal the CRIMINAL
COMPLAINT in the above-referenced case (dated 2/26/04), the
Affidavit of SA JEAN DROUIN AFFIDAVIT in support of the Criminal
Complaint (also dated 2/26/04), as well as the AFFIDAVIT OF SA
JEAN DROUIN (dated 5/1/04) in support of eleven (11) Search
Warrants issues by the Court on May 1, 2004 also in connection
with this case.

     The government hereby moves for such an Order from the Court
as most of the defendants charged in the above entitled Criminal
Complaint were arrested on May 1, 2004, pursuant to arrest
warrants also issued by the Court on February 26, 2004.  As such,
it is the interest of justice to unseal the above listed

2

documents and pleadings currently under seal in this criminal
matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

ROBERT L. PEABODY /oe.
ROBERT L. PEABODY
Assistant U.S. Attorney
(617) 748-3240

Dated: May 3, 2004