✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MA _____

UNITED STATES

V.

Rosales, Greenberg, DeJesus

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1685-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>O'Hara, Witkin, Laymon |
|---|---|---|
| TRIAL DATE (S)<br>5/26/04 | COURT REPORTER<br>2:22 P | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Witnesses |
|   |   | 5/26/04 |   |   | Agent Jean Drouin |
|   |   |   |   |   |   |
|   |   |   |   |   | Exhibits |
| 1 |   | 5/26/04 | X | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages