UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.
04-1685-CBS

UNITED STATES OF AMERICA

V.

JOSE ROSALES

## MOTION OF DEFENSE COUNSEL FOR LEAVE TO WITHDRAW

Now comes Raymond A. O'Hara, court-appointed counsel for the above-named defendant, and moves that this Honorable Court grant him leave to withdraw.

As grounds for this motion, undersigned counsel states that the defendant's family has notified him that they have retained private counsel in this matter. On October 4, 2004 undesigned counsel received written correspondence from the law office of John M. Ciciline indicating that they had been retained in the matter.

WHEREFORE, undersigned counsel requests that this motion be granted pending a signed appearance filed with this Court from the office of Attorney Ciciline.

Respectfully submitted,
Raymond A. O'Hara,
Counsel for the Defendant

1 Exchange Place
Worcester, MA 01608
508 831-7551
BBO# 546366

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/5/04.

Date: October 5, 2004